UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



No. 5:15-CR-62
No. 5:15-CR-67
No. 5:15-CR-68

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| DUKE ENERGY BUSINESS SERVICES LLC | ) |
| DUKE ENERGY CAROLINAS, LLC | ) |
| DUKE ENERGY PROGRESS, INC. | ) |

Upon motion of the United States of America, for good cause shown, and without objection, it is hereby ORDERED that the Clerk shall unseal the following docket entries, including attachments or exhibits: DE 19, 20, 22, 29 (15-CR-62-H); DE 16, 17, 19, 27 (15-CR-67-H); DE 19, 20, 22, 30 (15-CR-68-H). It is further ordered that the Clerk shall unseal the following docket entries, including attachments or exhibits, in connection with the government's motion to unseal: DE 34, 39, 41 (15-CR-62-H); DE 32, 37, 39 (15-CR-67-H); DE 35, 40, 42 (15-CR-68-H).

IT IS SO ORDERED, this _14th_ day of _May_____, 2015.

_____
MALCOM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE