IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

UNITED STATES OF AMERICA,                )
                                         )
    v.                                   )
                                         )
DUKE ENERGY BUSINESS SERVICES            )         **ORDER**
LLC; DUKE ENERGY CAROLINAS,              )
LLC; and DUKE ENERGY                     )
PROGRESS, INC.,                          )
    Defendants.                          )


The court is in receipt of the Invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated March 25, 2016, which was submitted to this court on March 25, 2016. This invoice covers services rendered by the CAM and expenses and disbursements of the CAM for the time period of February 1, 2016 through February 29, 2016. The parties have informed the court they have no objections to the invoice submitted. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for fees in the amount of $77,327.00 plus expenses and disbursements of $58,986.91 for a total invoice of $136,313.91. Defendants are directed to render

payment of $136,313.91 to BEVERIDGE & DIAMOND, P.C., within 45 days of the electronic submission of this invoice on March 25, 2016.

This 31st day of March 2016.

/s/ Malcolm J. Howard
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26