IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE ENERGY BUSINESS SERVICES LLC; DUKE ENERGY CAROLINAS, LLC; and DUKE ENERGY PROGRESS, INC., | ) ) ) ) **ORDER** |
| Defendants. | ) |

The court is in receipt of the Invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated July 19, 2016, which was submitted to this court on July 20, 2016. This invoice covers services rendered by the CAM and expenses and disbursements of the CAM for the time period of June 1, 2016 through June 30, 2016. The parties have informed the court they have no objections to the invoice submitted. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for fees in the amount of $74,154.50 plus expenses and disbursements of $34,487.54 for a total invoice of $108,642.04. Defendants are directed to render

payment of $108,642.04 to BEVERIDGE & DIAMOND, P.C., within 45 days of the electronic submission of this invoice on July 20, 2016.

This 4th day of August 2016.

*(signature)*
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26

2