IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

UNITED STATES OF AMERICA,        )
                                 )
        v.                       )
                                 )
DUKE ENERGY BUSINESS SERVICES    )
LLC; DUKE ENERGY CAROLINAS,      )        **ORDER**
LLC; and DUKE ENERGY             )
PROGRESS, INC.,                  )
        Defendants.              )

The court is in receipt of the Invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated February 21, 2018, which was submitted to this court on February 21, 2018. This invoice covers services rendered by the CAM for the time period of January 2, 2018 through January 31, 2018, and disbursements listed through January 31, 2018. The parties have informed the court they have no objections to the invoice submitted. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for fees in the amount of $56,057.50, plus expenses and disbursements of $38,048.85 for a total invoice of $94,106.35. Defendants are directed to render payment of $94,106.35 to BEVERIDGE & DIAMOND,

P.C., within 45 days of the electronic submission of this invoice

on February 21, 2018.

This _2²_ day of March 2018.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35