IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

UNITED STATES OF AMERICA,

v.

DUKE ENERGY BUSINESS SERVICES
LLC; DUKE ENERGY CAROLINAS,
LLC; and DUKE ENERGY
PROGRESS, INC.,
  Defendants.

**ORDER**

The court is in receipt of the Invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated October 29, 2019, which was submitted to this court on October 29, 2019. This invoice covers services rendered by the CAM for the time period of September 3, 2019 through September 30, 2019, and disbursements listed through September 30, 2019. The parties have informed the court they have no objections to the invoice submitted. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for fees in the amount of $45,163.00, plus disbursements of $30,592.23 for a total invoice of $75,755.23. Defendants are directed to render

payment of $75,755.23 to BEVERIDGE & DIAMOND, P.C., within 45 days of the electronic submission of this invoice on October 29, 2019.

This 6th day of November 2019.

                                              MALCOLM J. HOWARD
                                              Senior United States District Judge

At Greenville, NC
#35