IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>v. )<br>  )<br>DUKE ENERGY BUSINESS SERVICES )<br>LLC; DUKE ENERGY CAROLINAS, )<br>LLC; and DUKE ENERGY )<br>PROGRESS, INC., )<br>    Defendants. ) | **ORDER** |

The court is in receipt of the Invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated January 22, 2020, which was submitted to this court on January 23, 2020. This invoice covers services rendered by the CAM for the time period of November 18, 2019 through December 30, 2019, and disbursements listed through December 31, 2019. The parties have informed the court they have no objections to the invoice submitted. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for fees in the amount of $88,383.00, plus disbursements of $9,727.82 for a total invoice of $98,110.82. Defendants are directed to render

payment of $98,110.82 to BEVERIDGE & DIAMOND, P.C., within 45 days of the electronic submission of this invoice on January 23, 2020.

This 28th day of January 2020.

                                                                                      MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35