IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    v. )<br>)<br>DUKE ENERGY BUSINESS SERVICES )<br>LLC; DUKE ENERGY CAROLINAS, )<br>LLC; and DUKE ENERGY )<br>PROGRESS, INC., )<br>    Defendants. ) | **ORDER** |

Duke Energy Business Services, LLC; Duke Energy Carolinas, LLC; and Duke Energy Progress, Inc., were sentenced in the United States District Court for the Eastern District of North Carolina in Greenville, North Carolina, on May 14, 2015, to a five-year term of probation. The term of probation therein imposed has been satisfied and is therefore terminated.

This 29th day of May 2020.

                                               MALCOLM J. HOWARD
                                               Senior United States District Judge

At Greenville, NC
#35