IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE ENERGY BUSINESS SERVICES | ) **ORDER** |
| LLC; DUKE ENERGY CAROLINAS, | ) |
| LLC; and DUKE ENERGY | ) |
| PROGRESS, INC., | ) |
| Defendants. | ) |

The court is in receipt of the revised invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated June 30, 2020, which was submitted to this court on July 17, 2020. This invoice covers services rendered by the CAM for the time period of May 1, 2020 through May 13, 2020, and disbursements listed through May 31, 2020. The parties have informed the court they have no objections to the invoice submitted. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for fees in the amount of $50,177.50, plus disbursements of $46,650.99 for a total invoice of $96,828.49. Defendants are directed to render

payment of $96,828.49 to BEVERIDGE & DIAMOND, P.C., within 45 days of the electronic submission of this invoice on July 17, 2020.

This 28th day of July 2020.

                                              MALCOLM J. HOWARD
                                              Senior United States District Judge

At Greenville, NC
#35